| | |
|---|---|
| 1 | Nathan R. Ring |
| | Nevada State Bar No. 12078 |
| 2 | **STRANCH, JENNINGS & GARVEY, PLLC** |
| | 3100 W. Charleston Blvd., Ste. 208 |
| 3 | Las Vegas, NV 89102 |
| | Telephone: 725-235-9750 |
| 4 | LasVegas@StranchLaw.com |
| 5 | *Attorneys for Plaintiff and the Proposed Class* |
| 6 | Todd L. Bice |
| | NV State Bar No. 4534 |
| 7 | **PISANELLI BICE, PLLC** |
| | 400 S. 7th Street Suite 300 |
| 8 | Las Vegas, NV 89101 |
| | Telephone: 702.214.2100 |
| 9 | tlb@pisanellibice.com |
| 10 | Angela C. Agrusa (CA State Bar No. 131337)* |
| | **DLA PIPER LLP (US)** |
| 11 | 2000 Avenue of the Stars |
| | Suite 400 North Tower |
| 12 | Los Angeles, CA 90067-4735 |
| | Telephone: 310.595.3000 |
| 13 | angela.agrusa@us.dlapiper.com |
| 14 | **Pro hac vice application forthcoming* |
| 15 | *Attorneys for Defendant* |
| | *MGM Resorts International* |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ZUSSMAN, individually and on behalf of all others similarly situated | Case No. 2:23-cv-1537-CDS-BNW |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (SECOND REQUEST)** |
| v. | |
| VICI PROPERTIES L.P., et al., | |
| Defendants. | |

1   Pursuant to LR IA 6-1, Plaintiff David Zussman and Defendant MGM Resorts International ("MGM") respectfully stipulate MGM's time to respond to the Complaint be extended from the current deadline of December 12, 2023 to and including January 11, 2024. This is the second stipulation for an extension of time to file MGM's responsive pleading. The court previously granted an extension on October 27, 2023. ECF No. 17.

Good cause exists to enlarge the time for MGM to respond to the Complaint. There are currently ten other related actions filed against MGM pending in the District of Nevada (the "Related Actions"). *See Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481 (D. Nev.); *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537 (D. Nev.); *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549 (D. Nev.); *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550 (D. Nev.); *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577 (D. Nev.); *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698 (D. Nev.); *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719 (D. Nev.) *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981 (D. Nev.); *Owens v. MGM Resorts Int'l*, No. 2:23-cv-1480 (D. Nev.); *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826. One other action is pending in the District of New Jersey. *Lassoff v. MGM Resorts Int'l*, No. 1:23-cv-20419.

The parties in the Related Actions are actively preparing a joint motion to consolidate the Related Actions. As such, additional time is required to permit time to meet and confer with the various parties to the Related Actions and finalize the joint motion.

The Parties' request is made in good faith to enable the parties to finalize the joint motion for consolidation and conserve judicial and party resources. Moreover, this case is in its infancy, and this request will not prejudice any party.

**WHEREAS** the Parties respectfully request that MGM shall have until January 11, 2024 to answer, move, or otherwise respond to the Complaint.

Dated: December 11, 2023                    Respectfully submitted,

                                                                  */s/ Nathan R. Ring*

                                                                  Nathan R. Ring
                                                                  **STRANCH, JENNINGS & GARVEY,**

PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
Telephone: 725-235-9750
LasVegas@StranchLaw.com

*Attorneys for Plaintiff and the Proposed Class*

/s/ Todd L. Bice

Todd L. Bice
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*Attorneys for Defendant MGM Resorts International*

**IT IS SO ORDERED:**

_____

DATED:   12/12/2023