1  Nathan R. Ring
   NV State Bar No. 12078
2  **STRANCH, JENNINGS & GARVEY, PLLC**
   3100 W. Charleston Boulevard, Suite 208
3  Las Vegas, NV 89102
   Telephone: 725.235.9750
4  lasvegas@stranchlaw.com

5  *Attorney for Plaintiff and the Proposed Class*

6  Todd L. Bice
   **PISANELLI BICE PLLC**
7  400 S. 7th Street Suite 300
   Las Vegas, NV 89101
8  Telephone: 702.214.2100
   tlb@pisanellibice.com
9
   Angela C. Agrusa*
10 **DLA PIPER LLP (US)**
   2000 Avenue of the Stars
11 Suite 400 North Tower
   Los Angeles, CA 90067-4735
12 Telephone: 310.595.3000
   angela.agrusa@us.dlapiper.com
13
   *Pro hac vice application forthcoming*
14
   *Attorneys for Defendant*
15 *MGM Resorts International*

16

17 **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**

18

19 DAVID ZUSSMAN, individually and on behalf       Case No. 2:23-cv-1537-CDS-BNW
   of all others similarly situated,
20                                                 **STIPULATION TO EXTEND TIME**
                 Plaintiff,                        **TO FILE DEFENDANT'S**
21                                                 **RESPONSE TO COMPLAINT**
          v.                                       **(FOURTH REQUEST)**
22
   VICI PROPERTIES L.P., et al.,
23
                 Defendant.
24

25       Pursuant to LR IA 6-1, Plaintiff David Zussman and Defendant MGM Resorts

26 International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to

27 respond to the Complaint be extended from the current deadline of March 11, 2024 to and

28 including April 10, 2024. This is the fourth stipulation for an extension of time to file

1    MGM's responsive pleading. The court previously granted an extension on January 9, 2024.

2    ECF No. 24.

3            Good cause exists to enlarge the time for MGM to respond to the Complaint. There

4    are currently thirteen other related actions filed against MGM pending in this District (the

5    "Related Actions"). *See Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481; *Owens v. MGM*

6    *Resorts Int'l*, No. 2:23-cv-01480; *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549; *Pircio*

7    *v. MGM Resorts Int'l*, No. 2:23-cv-01550; *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577;

8    *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698; *Bezak v. MGM Resorts Int'l*, No. 2:23-

9    cv-01719; *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981; *Zari v. MGM Resorts Int'l*, No.

10   2:23-cv-01777; *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826; *Sloan v. Vici Properties*

11   *Inc., et al.*, No. 2:23-cv-02042; *Righetti v. MGM Resorts Int'l*, No. 2:23-cv-2064; *Mejia v.*

12   *MGM Resorts, Int'l*, No. 2:23-cv-00081.

13           On December 6 and December 20, 2023, plaintiffs' counsel in six consolidated

14   putative class actions brought against MGM by individuals who allege their PII was

15   compromised as a result of a cybersecurity incident involving MGM in 2019 (the "2019

16   Actions") filed Notices of Related Cases Pursuant to District of Nevada Local Rule 42.1,

17   notifying the Court that the Related Actions are related to the 2019 Actions. *In re: MGM*

18   *Resorts Int'l Data Breach Litig.*, No. 2:20-CV-00376-GMN-NJK, ECF Nos. 186, 188.

19   Plaintiffs in this action have opposed this effort because the 2019 Actions involved a

20   different threat actor and different data. No order has issued on the notices filed by the

21   plaintiffs in the 2019 Actions, and MGM has not responded to any other Complaint in the

22   Related Actions.

23           The parties in the Related Actions are discussing this development in addition to the

24   consolidation of the Related Actions. The parties in the Related Actions have also engaged

25   in preliminary information exchange that may avoid the need for certain motion practice,

26   which would conserve judicial resources. As such, additional time is required to permit time

27   to meet and confer with the various parties to the Related Actions.

28           The Parties' request is made in good faith to enable the parties to finalize the joint

1    motion for consolidation and conserve judicial and party resources. Moreover, this case is

2    in its infancy, and this request will not prejudice any party.

3          **WHEREAS** the Parties respectfully request that MGM shall have until April 10,

4    2024, to answer, move, or otherwise respond to the Complaint.

5    Dated:  March 8, 2024                              Respectfully submitted,

6

7                                                 /s/ Nathan R. Ring
                                                   Nathan R. Ring
                                                   **STRANCH, JENNINGS & GARVEY,**
8                                                  **PLLC**
                                                   3100 W. Charleston Boulevard, Suite 208
9                                                  Las Vegas, NV 89102
                                                   Telephone: 725.235.9750
10                                                 lasvegas@stranchlaw.com

11                                                 *Attorney for Plaintiff and the Proposed*
                                                   *Class*
12
                                                   /s/ Todd L. Bice
13                                                 Todd L. Bice
                                                   **PISANELLI BICE, PLLC**
14                                                 400 S. 7th Street Suite 300
                                                   Las Vegas, NV 89101
15                                                 Telephone: 702.214.2100
                                                   tlb@pisanellibice.com
16
                                                   Angela C. Agrusa
17                                                 **DLA PIPER LLP (US)**
                                                   2000 Avenue of the Stars
18                                                 Suite 400 North Tower
                                                   Los Angeles, CA 90067-4735
19                                                 Telephone: 310.595.3000
                                                   Angela.agrusa@us.dlapiper.com
20
                                                   *Attorneys for Defendant*
21                                                 *MGM Resorts International*

22
                                  **IT IS SO ORDERED:**
23

24                                _____
                                  THE HONORABLE BRENDA WEKSLER
25                                UNITED STATES MAGISTRATE JUDGE

26                                DATED:  3/11/2024

27

28